IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALBERT L. BRINKMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DORA SCHRIRO, et al.,<br><br>　　　　Defendants. | No. CV 08-670-TUC-CKJ<br><br>**ORDER** |

　　　The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that she should not preside over said case.

　　　Accordingly, IT IS ORDERED:

　　　1.　This case is reassigned by random lot pursuant to L.R.Civ. 38(a) to the Honorable Frank R. Zapata.

　　　2.　Counsel and the parties *shall* designate all further filings in this cases as:

**CV 08-670-TUC-FRZ**.

　　　DATED this 18th day of February, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Cindy K. Jorgenson
　　　　　　　　　　　　　　　　United States District Judge