✓ FILED ___ LODGED
___ RECEIVED ___ COPY
4 APR 6 2009 4
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Albert L. Brinkman #133444
Name and Prisoner/Booking Number

ASPC-Tucson, Manzanita 5-B-34
Place of Confinement

P.O. Box 24401
Mailing Address

Tucson, AZ. 85734-4401
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

ALBERT L. BRINKMAN, Plaintiff,

vs.

DORA SCHRIRO, et al., Defendant(s).

CASE NO. CV08-670-TUC-FRZ

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*
BY A PRISONER
CIVIL (NON-HABEAS)

I, Albert L. Brinkman, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
☒Yes ☐No If "Yes," how many have you filed? One.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ☐Yes ☒No If "Yes," how many of them? ______.

2. Are you currently employed at the institution where you are confined? ☐Yes ☒No
If "Yes," state the amount of your pay and where you work. ______

3. Do you receive any other payments from the institution where you are confined? ☐Yes ☒No
If "Yes," state the source and amount of the payments. ______

Revised 4/9/06

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☒Yes ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. Family members send monies to my inmate account to pay for my basic needs (hygiene, writing materials, postage, copies, charges).

I declare under penalty of perjury that the above information is true and correct.

04/02/09
DATE

[signature]
SIGNATURE OF APPLICANT

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Albert L. Brinkman, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

04/02/09
DATE

[signature]
SIGNATURE OF APPLICANT

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, J.M. Clark, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ 40.87
The applicant's average monthly deposits during the prior six months is: $ 256.20
The applicant's average monthly balance during the prior six months is: $ 304.01
The attached certified account statement accurately reflects the status of the applicant's account.

| 4/2/09 | J.M. Clark [signature] | COIII 6256 | ASPC-T Manzanita |
|---|---|---|---|
| DATE | AUTHORIZED SIGNATURE | TITLE/ID NUMBER | INSTITUTION |

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE TRUST ACCOUNTS OFFICE

## CERTIFIED STATEMENT OF ACCOUNT

ALBERT L BRINKMAN #133444

As of April 1, 2009, the above named inmate had a spendable and retention balance of $40.87 in his/her trust account. During the past six months, the inmate's average monthly spendable and retention balance was $304.01 and the average monthly deposit to the inmate's account during this time was $258.20.

Account statements for the past six months are as follows:

| | Spendable Amount | Total Deposits |
|---|---|---|
| October 2008 | $307.30 | $390.00 |
| November 2008 | $388.87 | $313.63 |
| December 2008 | $478.71 | $510.43 |
| January 2009 | $345.58 | $130.78 |
| February 2009 | $262.73 | $104.37 |
| March 2009 | $40.87 | $40.84 |
| TOTAL | $1824.06 | $1549.21 |
| **AVERAGE** | $304.01 | $258.20 |

Marge Tavcar
Signature of Authorized Employee April 1, 2009

ASPC – TUCSON
Per Department Order 905-T
***Service charge of $.25 per page for 6 pages - $ 1.50 due.***

Original – Inmate Copy 1 – Institution Inmate Trust Accounts Copy 2 – Central Office Inmate Trust Accounts

10/31/2008 ARIZONA DEPARTMENT OF CORRECTIONS PAGE 1
16:12:56 BNK085 INMATE STATEMENT OF ACCOUNT
B108K85M C07-ASPC-T MANZ. L3#1 PS

PENDING CHECKS: 0.00

NAME: BRINKMAN, ALBERT L.
NUMBER: 133444X
STATUS: ACTIVE

BEGINNING BALANCE 10/01/2008: 11.38
TOTAL DEPOSITS: 390.00
TOTAL WITHDRAWALS: 93.63
ENDING/CURRENT BALANCE 10/31/2008: 307.75

HOLD AMOUNTS: 0.00
RETENTION FUND: 0.00
DISCHARGE DEP: 0.45
SPENDABLE AMT.: 307.30

ENCUMBERED AMT.: 0.00

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2008 | L19213 | 0015 | 10/14/2008 | MONEY ORDRS/CKS | BT03 | GBRINKM12622639285 | 90.00 | | 101.38 |
| 10/14/2008 | L19800 | 0004 | 09/20/2008 | UTILITIES | COMCHK | AS OF 20080920 | | 1.00 | 100.38 |
| 10/14/2008 | L19800 | 0001 | 09/16/2008 | COPIES - LEGAL | COMCHK | LGLCOP/NOTRY9/02/08 | | 35.40 | 64.98 |
| 10/14/2008 | L19800 | 0002 | 09/16/2008 | POSTAGE - LEGAL | COMCHK | LGLPOSTAGE 09/05/08 | | 10.00 | 54.98 |
| 10/14/2008 | L19800 | 0005 | 09/24/2008 | POSTAGE - LEGAL | COMCHK | LGLPOSTAGE9/17/08 | | 4.80 | 50.18 |
| 10/14/2008 | L19800 | 0003 | 09/16/2008 | HEALTH PERVISIT | COMCHK | HEALTHVISIT7/30/08 | | 3.00 | 47.18 |
| 10/14/2008 | L19800 | 0006 | 10/01/2008 | HEALTH PERVISIT | COMCHK | HEALTHVISIT9/24/08 | | 3.00 | 44.18 |
| 10/14/2008 | L19460 | 0002 | 10/14/2008 | POSTAGE NON-LGL | COMCHK | POSTAGE 10/14/08 | | 5.20 | 38.98 |
| 10/17/2008 | L08465 | 0065 | 10/17/2008 | COPIES - LEGAL | COMCHK | LGLCOP/NOTRY10/14/08 | | 16.60 | 22.38 |
| 10/18/2008 | L19999 | 0222 | 10/18/2008 | UTILITIES | UTILTY | AS OF 20081018 | | 1.00 | 21.38 |
| 10/21/2008 | L19920 | 0115 | 10/21/2008 | STORE PNT OF SL | 222429 | ORDER-ID 100473789 | | 6.91 | 14.47 |
| 10/28/2008 | L19202 | 0007 | 10/28/2008 | MONEY ORDRS/CKS | BT03 | GBRINKMA12622640567 | 300.00 | | 314.47 |
| 10/28/2008 | L19920 | 0167 | 10/28/2008 | STORE PNT OF SL | 222673 | ORDER-ID 100476620 | | 6.72 | 307.75 |

12/02/2008
11:36:45 BNK085
8108K85M

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE STATEMENT OF ACCOUNT
C07-ASPC-T MANZ L3#1 PS

PAGE 1

PENDING CHECKS: 0.00

NAME: BRINKMAN, ALBERT L.
NUMBER: 133444X
STATUS: ACTIVE

BEGINNING BALANCE 11/01/2008: 307.75
TOTAL DEPOSITS: 313.63
TOTAL WITHDRAWALS: 232.06
ENDING/CURRENT BALANCE 11/28/2008: 389.32

HOLD AMOUNTS: 0.00
RETENTION FUND: 0.00
DISCHARGE DEF: 0.45
SPENDABLE AMT 388.87

ENCUMBERED AMT.. 0.00

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2008 | L19190 | 0010 | 10/31/2008 | REFUNDS NO DEDU | POSREF | 100473789 HU1A | 6.91 | | 314.66 |
| 11/03/2008 | C14920 | 0116 | 11/02/2008 | STORE PNT OF SL | 205036 | ORDER-ID 100439791 | | 60.56 | 254.10 |
| 11/04/2008 | L19471 | 0001 | 11/04/2008 | COPIES - LEGAL | COMCHK | LGLCOP/NOTRY09/16/08 | | 2.90 | 251.20 |
| 11/04/2008 | L19471 | 0029 | 11/04/2008 | COPIES - LEGAL | COMCHK | LGLCOP/NOTRY10/07/08 | | 1.50 | 249.70 |
| 11/04/2008 | L19470 | 0004 | 11/04/2008 | POSTAGE - LEGAL | COMCHK | LGLPOSTAGE 10/16/08 | | 1.01 | 248.69 |
| 11/04/2008 | L19470 | 0019 | 11/04/2008 | POSTAGE - LEGAL | COMCHK | LGLPOSTAGE 09/30/08 | | 0.42 | 248.27 |
| 11/04/2008 | L19470 | 0031 | 11/04/2008 | POSTAGE - LEGAL | COMCHK | LGLPOSTAGE 10/08/08 | | 1.01 | 247.26 |
| 11/07/2008 | C14205 | 0004 | 11/07/2008 | MONEY ORDRS/CKS | LLH | STANLEY BRINKMAN | 100.00 | | 347.26 |
| 11/07/2008 | C14205 | 0005 | 11/07/2008 | MONEY ORDRS/CKS | LLH | STANLEY BRINKMAN | 100.00 | | 447.26 |
| 11/07/2008 | C14205 | 0006 | 11/07/2008 | MONEY ORDRS/CKS | LLH | STANLEY BRINKMAN | 100.00 | | 547.26 |
| 11/07/2008 | L19477 | 0003 | 11/07/2008 | COPIES NON-LEGL | COMCHK | COPIES 10/24/08 | | 0.60 | 546.66 |
| 11/10/2008 | L19190 | 0011 | 11/07/2008 | REFUNDS NO DEDU | POSREF | 100476620 HU1A | 6.72 | | 553.38 |
| 11/10/2008 | C14920 | 0204 | 11/09/2008 | STORE PNT OF SL | 205192 | ORDER-ID 100443114 | | 56.54 | 496.84 |
| 11/14/2008 | C14322 | 0002 | 11/14/2008 | COPIES NON-LEGL | COMCHK | COPIES N/L 11/08 | | 1.80 | 495.04 |
| 11/17/2008 | C14920 | 0137 | 11/16/2008 | STORE PNT OF SL | 205440 | ORDER-ID 100446339 | | 58.30 | 436.74 |
| 11/21/2008 | C14328 | 0002 | 11/21/2008 | POSTAGE - LEGAL | COMCHK | LGL MAIL 11/08 | | 1.35 | 435.39 |
| 11/21/2008 | C14328 | 0003 | 11/21/2008 | POSTAGE - LEGAL | COMCHK | LGL MAIL 11/08 | | 1.01 | 434.38 |
| 11/24/2008 | C14920 | 0200 | 11/23/2008 | STORE PNT OF SL | 205664 | ORDER-ID 100447621 | | 42.06 | 392.32 |
| 11/28/2008 | C14329 | 0015 | 11/28/2008 | HEALTH PERVISIT | COMCHK | MEDICAL 111308 | | 3.00 | 389.32 |

12/31/2008 ARIZONA DEPARTMENT OF CORRECTIONS PAGE 1
18:12:16 BNK085 INMATE STATEMENT OF ACCOUNT
8108K85M C07-ASPC-T MANZ L3#1 PS

PENDING CHECKS. 0.00

NAME: BRINKMAN ALBERT L.
NUMBER: 133444X
STATUS: ACTIVE

| | | | |
|---|---|---|---|
| BEGINNING BALANCE 12/01/2008: | 389.32 | HOLD AMOUNTS: | 0.00 |
| TOTAL DEPOSITS: | 510.43 | RETENTION FUND: | 0.00 |
| TOTAL WITHDRAWALS: | 420.59 | DISCHARGE DEP: | 0.45 |
| ENDING/CURRENT BALANCE 12/31/2008: | 479.16 | SPENDABLE AMT.: | 478.71 |
| | | ENCUMBERED AMT: | 0.00 |

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/2008 | C14920 | 0164 | 11/30/2008 | STORE PNT OF SL | 205825 | ORDER-ID 100450351 | | 64.59 | 324.73 |
| 12/08/2008 | C14920 | 0210 | 12/07/2008 | STORE PNT OF SL | 206976 | ORDER-ID 100451976 | | 95.24 | 229.49 |
| 12/09/2008 | C14200 | 0002 | 12/09/2008 | MONEY ORDRS/CKS | LLH | UNKNOWN | 100.00 | | 329.49 |
| 12/09/2008 | C14200 | 0003 | 12/09/2008 | MONEY ORDRS/CKS | LLH | UNKNOWN | 100.00 | | 429.49 |
| 12/09/2008 | C14200 | 0004 | 12/09/2008 | MONEY ORDRS/CKS | LLH | UNKNOWN | 100.00 | | 529.49 |
| 12/09/2008 | C14200 | 0005 | 12/09/2008 | MONEY ORDRS/CKS | LLH | ILLEGIBLE | 50.00 | | 579.49 |
| 12/10/2008 | C14999 | 0223 | 12/10/2008 | UTILITIES | UTILTY | AS OF 20081210 | | 1.00 | 578.49 |
| 12/12/2008 | C14335 | 0004 | 12/12/2008 | COPIES - LEGAL | COMCHK | LGL COPIES 11/08 | | 1.20 | 577.29 |
| 12/12/2008 | C14335 | 0007 | 12/12/2008 | COPIES - LEGAL | COMCHK | LGL COPIES 11/08 | | 2.80 | 574.49 |
| 12/12/2008 | C14335 | 0013 | 12/12/2008 | COPIES - LEGAL | COMCHK | LGL COPIES 12/08 | | 2.70 | 571.79 |
| 12/12/2008 | C14336 | 0002 | 12/12/2008 | COPIES NON-LEGL | COMCHK | COPIES N/L 11/08 | | 6.40 | 565.39 |
| 12/12/2008 | C14336 | 0006 | 12/12/2008 | COPIES NON-LEGL | COMCHK | COPIES N/L 11/08 | | 1.80 | 563.59 |
| 12/15/2008 | C14920 | 0146 | 12/14/2008 | STORE PNT OF SL | 207201 | ORDER-ID 100454864 | | 117.76 | 445.83 |
| 12/16/2008 | C14208 | 0005 | 12/16/2008 | MONEY ORDRS/CKS | LLH | GERLAD W. BRINKMAN | 150.00 | | 595.83 |
| 12/19/2008 | C14190 | 0053 | 12/18/2008 | REFUNDS NO DEDU | POSREF | 100451976 HU05 | 0.22 | | 596.05 |
| 12/19/2008 | C14190 | 0054 | 12/18/2008 | REFUNDS NO DEDU | POSREF | 100450351 HU05 | 0.61 | | 596.66 |
| 12/19/2008 | C14337 | 0004 | 12/19/2008 | POSTAGE - LEGAL | COMCHK | LGL MAIL 12/08 | | 2.51 | 594.15 |
| 12/19/2008 | C14338 | 0033 | 12/19/2008 | POSTAGE NON-LGL | COMCHK | POSTAGE N/L 12/08 | | 5.20 | 588.95 |
| 12/20/2008 | C14999 | 0224 | 12/20/2008 | UTILITIES | UTILTY | AS OF 20081220 | | 1.00 | 587.95 |
| 12/22/2008 | C14920 | 0201 | 12/21/2008 | STORE PNT OF SL | 207385 | ORDER-ID 100458958 | | 51.66 | 536.29 |
| 12/24/2008 | C14340 | 0001 | 12/24/2008 | COPIES - LEGAL | COMCHK | CERTIFIED COPIES | | 1.50 | 534.79 |
| 12/26/2008 | C14190 | 0056 | 12/24/2008 | REFUNDS NO DEDU | POSREF | 100454864 HU05 | 9.60 | | 544.39 |
| 12/29/2008 | C14920 | 0154 | 12/28/2008 | STORE PNT OF SL | 207586 | ORDER-ID 100461165 | | 65.23 | 479.16 |

01/30/2009 ARIZONA DEPARTMENT OF CORRECTIONS PAGE 1
18:13:08 ENK085 INMATE STATEMENT OF ACCOUNT
B10BK85M C07-ASPC-T MANZ. L3#1 FS

PENDING CHECKS: 0.00

NAME: BRINKMAN, ALBERT L.
NUMBER: 133444X
STATUS: ACTIVE

BEGINNING BALANCE 01/01/2009: 479.16
TOTAL DEPOSITS: 130.78
TOTAL WITHDRAWALS: 263.91
ENDING/CURRENT BALANCE 01/30/2009: 346.03

HOLD AMOUNTS: 0.00
RETENTION FUND: 0.00
DISCHARGE DEP: 0.45
SPENDABLE AMT.: 345.58

ENCUMBERED AMT.: 0.00

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 01/02/2009 | C14190 | 0040 | 12/31/2008 | REFUNDS NO DEDU | POSREF | 100461165 HU05 | 14.38 | | 493.54 |
| 01/05/2009 | C14920 | 0206 | 01/04/2009 | STORE PNT OF SL | 242754 | ORDER-ID 100462724 | | 59.86 | 433.68 |
| 01/07/2009 | C14345 | 0001 | 01/07/2009 | COPIES - LEGAL | COMCHK | CERTIFIED COPIES | | 1.50 | 432.18 |
| 01/07/2009 | C14342 | 0021 | 01/07/2009 | POSTAGE NON-LGL | COMCHK | POSTAGE N/L 12/08 | | 2.52 | 429.66 |
| 01/12/2009 | C14920 | 0158 | 01/11/2009 | STORE PNT OF SL | 243008 | ORDER-ID 100465344 | | 55.13 | 374.53 |
| 01/15/2009 | C14355 | 0009 | 01/15/2009 | COPIES - LEGAL | COMCHK | LGL COPIES 12/08 | | 8.20 | 366.33 |
| 01/15/2009 | C14355 | 0012 | 01/15/2009 | COPIES - LEGAL | COMCHK | LGL COPIES 12/08 | | 5.20 | 361.13 |
| 01/15/2009 | C14355 | 0018 | 01/15/2009 | COPIES - LEGAL | COMCHK | LGL COPIES 12/08 | | 22.00 | 339.13 |
| 01/15/2009 | C14352 | 0012 | 01/15/2009 | POSTAGE - LEGAL | COMCHK | POSTAGE N/L 01/09 | | 6.19 | 332.94 |
| 01/17/2009 | C14999 | 0224 | 01/17/2009 | UTILITIES | UTILTY | AS OF 20090117 | | 1.00 | 331.94 |
| 01/21/2009 | C14920 | 0196 | 01/20/2009 | STORE PNT OF SL | 243179 | ORDER-ID 100468844 | | 57.11 | 274.83 |
| 01/22/2009 | C14356 | 0003 | 01/22/2009 | POSTAGE - LEGAL | COMCHK | LGL MAIL 01/09 | | 1.76 | 273.07 |
| 01/23/2009 | C14190 | 0007 | 01/22/2009 | REFUNDS NO DEDU | POSREF | 100465344 HU05 | 16.40 | | 289.47 |
| 01/26/2009 | C14920 | 0129 | 01/25/2009 | STORE PNT OF SL | 243320 | ORDER-ID 100471664 | | 31.44 | 258.03 |
| 01/27/2009 | C14360 | 0033 | 01/27/2009 | CHECKS MISC USE | 243346 | JANUARY FUNDRAISER | | 12.00 | 246.03 |
| 01/30/2009 | C14209 | 0017 | 01/30/2009 | MONEY ORDRS/CKS | LLH | GERALD W. BRINKMAN | 100.00 | | 346.03 |

02/27/2009
18:12:38 BNK08S
B10BKB5M

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE STATEMENT OF ACCOUNT
C07-ASPC-T MANZ L3#1 PS

PAGE 1

PENDING CHECKS: 0.00

NAME: BRINKMAN, ALBERT L.
NUMBER: 133444X
STATUS: ACTIVE

| | | | | | |
|---|---|---|---|---|---|
| BEGINNING BALANCE | 02/01/2009 | 346.03 | HOLD AMOUNTS: | 0.00 |
| TOTAL DEPOSITS: | | 104.37 | RETENTION FUND: | 0.00 |
| TOTAL WITHDRAWALS: | | 187.22 | DISCHARGE DEP: | 0.45 |
| ENDING/CURRENT BALANCE | 02/27/2009 | 263.18 | SPENDABLE AMT.: | 262.73 |

ENCUMBERED AMT.: 0.00

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/02/2009 | C14920 | 0213 | 02/01/2009 | STORE PNT OF SL | 243676 ORDER-ID 100472831 | | 38.18 | 307.85 |
| 02/05/2009 | C14365 | 0004 | 02/05/2009 | COPIES - LEGAL | COMCHK LGL COPIES 01/09 | | 1.80 | 306.05 |
| 02/06/2009 | C14365 | 0007 | 02/05/2009 | COPIES - LEGAL | COMCHK LGL COPIES 01/09 | | 6.00 | 300.05 |
| 02/05/2009 | C14361 | 0007 | 02/05/2009 | POSTAGE - LEGAL | COMCHK LGL MAIL 02/09 | | 3.36 | 296.69 |
| 02/05/2009 | C14361 | 0012 | 02/05/2009 | POSTAGE - LEGAL | COMCHK LGL MAIL 02/09 | | 13.85 | 282.84 |
| 02/06/2009 | C14190 | 0006 | 02/04/2009 | REFUNDS NO DEDU | POSREF 100471664 HU05 | 0.97 | | 283.81 |
| 02/09/2009 | C14920 | 0134 | 02/08/2009 | STORE PNT OF SL | 243838 ORDER-ID 100474382 | | 47.65 | 236.16 |
| 02/16/2009 | C14920 | 0211 | 02/15/2009 | STORE PNT OF SL | 243960 ORDER-ID 100477530 | | 25.94 | 210.22 |
| 02/19/2009 | C14372 | 0016 | 02/19/2009 | HEALTH PERVISIT | COMCHK MEDICAL/DENTAL 02/09 | | 3.00 | 207.22 |
| 02/21/2009 | C14999 | 0283 | 02/21/2009 | UTILITIES | UTILTY AS OF 20090221 | | 1.00 | 206.22 |
| 02/23/2009 | C14920 | 0132 | 02/22/2009 | STORE PNT OF SL | 244185 ORDER-ID 100479335 | | 45.02 | 161.20 |
| 02/24/2009 | C14445 | 0018 | 02/24/2009 | POSTAGE NON-LGL | COMCHK NON-LEGAL POSTAGE | | 1.42 | 159.78 |
| 02/25/2009 | C14222 | 0001 | 02/25/2009 | MONEY ORDRS/CKS | CMM STANLEY BRINKMAN | 100.00 | | 259.78 |
| 02/27/2009 | C14190 | 0014 | 02/26/2009 | REFUNDS NO DEDU | POSREF 100477530 HU05 | 3.40 | | 263.18 |

03/31/2009 ARIZONA DEPARTMENT OF CORRECTIONS PAGE 1
10:12:15 BNKDAS INMATE STATEMENT OF ACCOUNT
R10BK35M C07 ASPC-T MANI 1 SAL PS

PENDING CHECKS: 0.00

| | | | | | |
|---|---|---|---|---|---|
| NAME: | BRINKMAN, ALBERT L | BEGINNING BALANCE 03/01/2009: | 263.10 | HOLD AMOUNTS: | 0.00 |
| NUMBER: | 133444? | TOTAL DEPOSITS: | 100.00 | RETENTION FUND: | 0.00 |
| STATUS: | ACTIVE | TOTAL WITHDRAWALS: | 321.86 | DISCHARGE DEP: | 0.45 |
| | | ENDING/CURRENT BALANCE 03/31/2009: | 41.32 | SPENDABLE AMT: | 40.87 |

ENCUMBERED AMT: 0.00

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT DATE | TRANSACTION TYPE | REFERENCE REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL | REMAINING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/02/2009 | C14221 | 0011 | 02/02/2009 | MONEY ORDRS/CKS | CMM GERALD BRINKMAN | 100.00 | | 363.18 |
| 03/02/2009 | C14920 | 0202 | 03/01/2009 | STORE PNT OF SL | 244356 ORDER-ID 100482530 | | 35.64 | 327.54 |
| 03/09/2009 | C14920 | 0136 | 03/08/2009 | STORE PNT OF SL | 244513 ORDER-ID 100486544 | | 63.83 | 263.71 |
| 03/11/2009 | C14380 | 0010 | 03/11/2009 | COPIES - LEGAL | COMCHK LGL COPIES 02/09 | | 5.80 | 257.91 |
| 03/11/2009 | C14380 | 0014 | 03/11/2009 | COPIES - LEGAL | COMCHK LGL COPIES 02/09 | | 102.60 | 155.31 |
| 03/16/2009 | C14920 | 0205 | 03/16/2009 | STORE PNT OF SL | 244704 ORDER-ID 100489297 | | 37.76 | 117.55 |
| 03/19/2009 | C14386 | 0002 | 03/19/2009 | POSTAGE - LEGAL | COMCHK LGL MAIL 03/2009 | | 16.10 | 101.45 |
| 03/21/2009 | C14999 | 0288 | 03/21/2009 | UTILITIES | UTILTY AS OF 20090321 | | 1.00 | 100.45 |
| 03/23/2009 | C14920 | 0146 | 03/22/2009 | STORE PNT OF SL | 244886 ORDER-ID 100491640 | | 40.97 | 59.48 |
| 03/30/2009 | C14920 | 0203 | 03/29/2009 | STORE PNT OF SL | 245103 ORDER-ID 100494202 | | 18.15 | 41.32 |